```
___ FILED          ___ LODGED
___ RECEIVED       ___ COPY

        SEP 2 1 2012

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Karen Eiserloh
3219 E Camelback Road, Unit 247
Phoenix, AZ 85018
602-667-0404

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **KAREN K. EISERLOH**, pro se,<br>Plaintiff,<br><br>vs,<br><br>**ENHANCED RECOVERY<br>COMPANY, L.L.C.,**<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.<br><br>**CV-12-2010-PHX-ROS**<br><br>**COMPLAINT<br>VIOLATION OF THE FCRA,<br>FAIR CREDIT REPORTING ACT<br>15 U.S.C §1681 *et seq*** |

## PRELIMINARY STATEMENT

1. This is an action for damages is brought from violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.* by Defendant, ENHANCED RECOVERY COMPANY, LLC ('Herein after, the 'Defendant') willful noncompliance of the Fair Credit Reporting Act ('Herein FCRA') 15 U.S.C§ 1681 et seq. and is an action for damages under the 15 U.S.C §1681 n(b).

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Plaintiff resides in this district of Arizona

4. Plaintiff does business in the U.S. District of Arizona.

## PARTIES

5. Plaintiff is a natural person and a resident of the State of Arizona. This is an action for damages brought by "consumer" as defined in 15 U.S.C. § 1681a(c).

6. The Defendant, ENHANCED RECOVERY COMPANY LLC is a Delaware Corporation with offices at 8014 Bayberry Rd, Jacksonville, FL 32256

## FACTUAL ALLEGATIONS

7. On June 14, 2010, Defendant initiated a soft pull of Plaintiff's credit report from Experian without permissible purpose.

## COUNT I

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. §1681 WILLFUL NON-COMPLIANCE BY DEFENDANT ENHANCED RECOVERY COMPANY, L.L.C.

8. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. §1681a(c).

9. ENHANCED RECOVERY COMPANY L.L.C. is a furnisher of information within the meaning of the FCRA, 15 U.S.C. §1681s-2.

10. ENHANCED RECOVERY COMPANY L.L.C. willfully violated the FCRA. Defendant's violations include, but are not limited to, the following:

    (a) ENHANCED RECOVERY COMPANY L.L.C. willfully violated 15 U.S.C. §1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by 15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $1000 against ENHANCED RECOVERY COMPANY L.L.C. for statutory damages including costs and fees pursuant to 15 U.S.C. §1681n and 15 U.S.C. §1681n (a) (3).

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this 21st day of September, 2012.

By: _____
Karen K. Eiserloh