Karen Eiserloh
3219 E Camelback Road, Unit 247
Phoenix, AZ 85018

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 26 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| KAREN K. EISERLOH, pro se, ) <br> Plaintiff, ) <br> ) <br> vs, ) <br> ) <br> ENHANCED RECOVERY ) <br> COMPANY, L.L.C., ) <br> Defendant. ) <br> _____ ) | No. CV 12-02010-PHX-ROS <br><br> **VOLUNTARY DISMISSAL** |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Karen Eiserloh, hereby voluntarily dismisses the above entitled case with prejudice.

Respectfully submitted this 21th day of November, 2012.

By: _____
Karen K. Eiserloh