Karen Eiserloh
3219 E Camelback Road, Unit 247
Phoenix, AZ 85018

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Karen Eiserloh, pro se, ) <br> Plaintiff, ) <br> ) <br> vs, ) <br> ) <br> ENHANCED RECOVERY ) <br> COMPANY, L.L.C., ) <br> Defendant. ) <br> _____ ) | No.  CV 12-02010-PHX-ROS <br><br> NOTICE OF PENDING SETTLEMENT |

**NOTICE OF PENDING SETTLEMENT**

This is a notice to the court of a settlement between Defendant and Plaintiff. It is my intent, as Plaintiff, to dismiss this action once I receive the funds as discussed between the Defendant and myself.

Respectfully submitted this 18th day of February, 2013

By: _____
Karen K. Eiserloh

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE   LRCivP  5.4
(Rule Number/Section)